**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NITROCREAM LLC,<br><br>Plaintiff,<br>v.<br><br>CHILL-N NITROGEN ICE CREAM FRANCHISING LLC, d/b/a CHILL-N NITROGEN ICE CREAM and/or CHILL N7 NITROGEN ICE CREAM, CHILL-N ICE CREAM LLC,<br><br>Defendants. | Case No. 1:25-cv-22836-DPG |

**DECLARATION OF JOSEPH A. FARCO IN SUPPORT OF PLAINTIFF NITROCREAM LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Joseph A. Farco, Esq., am over 18 years of age and competent to testify to the matters herein. I declare as follows under the penalty of perjury:

1. I am a partner at the law firm Bochner PLLC, counsel for Plaintiff NITROCREAM LLC ("Plaintiff").

2. I respectfully submit this Declaration in support of PLAINTIFF NITROCREAM LLC'S OPENING CLAIM CONSTRUCTION BRIEF.

3. I have personal knowledge of the facts and matters herein, and, if called upon to testify in this matter, I could and would competently do so, except as to the matters stated herein on information and belief, and as to such matters, I believe them to be true.

4. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 7,455,868 B2 (the "'868 Patent").

5. Attached hereto as **Exhibit B** is a true and correct copy of DEFENDANTS CHILL-N NITROGEN ICE CREAM FRANCHISING LLC AND CHILL-N ICE CREAM LLC'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS served on Plaintiff's counsel of record on February 19, 2026.

6. Attached hereto as **Exhibit C** is a true and correct copy of DEFENDANTS' PROPOSED CLAIM CONSTRUCTION served on Plaintiff's counsel of record on January 30, 2026.

7. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Provisional Patent Application Series No. 60/430,355.

8. Attached hereto as **Exhibit E** is a true and correct copy of Defendants' response to February 24, 2020 Non-Final Office Action for the U.S. Patent Re-Examination Application No. 90/014,237.

9. Attached hereto as **Exhibit F** is a true and correct copy of DEFENDANTS' PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS served on Plaintiff's counsel of record on November 14, 2025.

10. Attached hereto as **Exhibit G** is a true and correct copy of a print-out of a website, https://www.merriam-webster.com/dictionary/selectively, which I visited on March 13, 2026.

11. Attached hereto as **Exhibit H** is a true and correct copy of page 1,124 of Webster's Ninth New Collegiate Dictionary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2026

Joseph A. Farco